# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**JOHN A. HAMILTON, JR.,**<br><br>　　　　　　　Defendant. | **8:03CR6**<br><br>**JUDGMENT** |

For the reasons discussed in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1.　The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2.　The § 2255 Motion, ECF No. 76, is summarily dismissed; and

3.　The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 27th day of March, 2017.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge